## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-29684-MER |
| ) | |
| RAINBOW PARK DAIRY, INC. ) | Chapter 11 |
| EIN: XXX-XX-8963 ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| IN RE: ) | |
| ) | |
| WILLIAM C. MCCONNELL, ) | Case No. 09-29687-EEB |
| SSN: XXX-XX-9959 ) | |
| JO ELYN J. MCCONNELL ) | Chapter 11 |
| SSN: XXX-XX-7667 ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| RAINBOW PARK DAIRY, INC., ) | |
| WILLIAM C. MCCONNELL, an ) | |
| Individual, and JO ELYN J. MCCONNELL,) | |
| an Individual, ) | Adversary Proceeding No. 09-01626 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID BASHOR and ELIZABETH ) | |
| BASHOR, Individuals, ) | |
| ) | |
| Defendants. ) | |

**ORDER ALLOWING WITHDRAWAL**

THE COURT, having reviewed the **MOTION FOR WITHDRAWAL** of Wick & Trautwein, LLC, by Blair J. Trautwein, noting specifically that said Motion is pursuant to Rule 1.16(a) of the Rules of Professional Conduct, and being otherwise duly advised in the premises;

HEREBY ALLOWS such withdrawal of the firm of Wick & Trautwein, by Blair J. Trautwein, as counsel for Defendants, David Bashor and Elizabeth Bashor.

DATED April 19, 2010

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge