UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re:  RAINBOW PARK DAIRY<br>           Ein: xxx-xx-8963<br><br>           Debtor. | ) Case No. 09-29684 MER<br>)<br>)          Chapter 11<br>) |
| IN RE:<br>    WILLIAM C. MCCONNELL,<br>    SSN: XXX-XX-9959<br>    JO ELYN J. MCCONNELL,<br>    SSN: XXX-XX-7667<br><br>           Debtors. | )<br>) Case No. 09-31402 MER<br>)<br>)          Chapter 11<br>)<br>) |
| RAINBOW PARK DAIRY, INC.,<br>WILLIAM C. MCCONNELL, an<br>Individual, and JO ELYN J. MCCONNELL,<br>an Individual<br><br>           Plaintiffs,<br><br>    vs.<br><br>DAVID BASHOR and ELIZABETH<br>BASHOR, Individuals<br><br>           Defendants. | )<br>)<br>) Adversary Proceeding No. 09-01626 MER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

THE COURT, has reviewed the Stipulation of Dismissal With Prejudice ("Stipulation") filed by the Parties, good cause being found and the Court, being duly advised in the premises;

HEREBY ORDERS that the within Adversary Proceeding is dismissed with prejudice of all claims and counterclaims which were our could have been brought in this matter, subject to the terms of the parties Stipulation that Defendants possess no ownership interest in any of the cows subject to the Cow Lease Agreement referenced in Plaintiffs' Complaint, and that any Proof of Claim filed by Defendants in the Plaintiffs' underlying bankruptcy case(s) are deemed to be withdrawn.

Dated November 16, 2010

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge